# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-00662-RGK(Ex) | Date | August 26, 2013 |
| Title | Amgen Inc v. Mohan Kanchi et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald K Alberts | Peter R diDonato |

**Proceedings:** **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

Opposing Briefs are due April 11, 2014.

Responsive Briefs are due May 2, 2014.

A Court Trial is set for May 13, 2014, at which time the matter will stand submitted.

The parties waive a pretrial conference.

**IT IS SO ORDERED.**

|  | : | 2 |
|---|---|---|
| Initials of Preparer | slw | |