JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGEN INC. as fiduciary of the AMGEN INC. MASTER BENEFITS PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAN KANCHI, an individual, SRIVALLI KANCHI, by and through her guardian ad litem, LAW OFFICES OF MASRY & VITITOE, PETER R. DIDONATO, ESQ. an individual, TK HOLDINGS, INC., a corporation, NISSAN NORTH AMERICA, INC., a corporation, SARA ELIZABETH STRETTON, an individual, and ELIZABETH A. STRETTON, an individual,<br><br>Defendants. | CASE NO. CV 13- 00662 RGK (Ex)<br>*Judge R. Gary Klausner*<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties have stipulated that this matter has been resolved in its entirety with each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: March 31, 2014



HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1082874/18870573v.1

-1-   CV13-00662 RGK (Ex)
**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**